UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PERRY S. ANDERSON,

    Plaintiff,                    Case No.:  8:20-cv-02475-SCB-TGW

v.

SCHOOL BOARD OF
HILLSBOROUGH COUNTY,

    Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL OF CASE WITH PREJUDICE

Plaintiff, PERRY S. ANDERSON ("Plaintiff"), and Defendant, SCHOOL BOARD OF HILLSBOROUGH COUNTY ("Defendant") (collectively, the "Parties"), pursuant to Rule 41 of the Federal Rules of Civil Procedure, by and through their undersigned counsel, stipulate to the dismissal of the Complaint [ECF No. 1] *with prejudice*, with each party to bear his or its own attorneys' fees and costs.

Date: August 16, 2021          Respectfully submitted,

| | |
|---|---|
| /s/ Erik De L'Etoile_____ | /s/ Zarra R. Elias_____ |
| **ERIK DE L'ETOILE** | ZARRA R. ELIAS |
| Florida Bar No. 71675 | Florida Bar No. 089020 |
| edeletoile@rtrlaw.com | Primary: zarra.elias@akerman.com |
| **Reifkind, Thompson & Rudzinski, LLP** 707 N. Franklin St., 8th Floor | Secondary: Nicole.emmett@akerman.com |
| Tampa, Florida 33602 | **MELISSA TORRES** |
| Telephone: (813) 370-0229 | Florida Bar No. 1002646 |
| Facsimile: (813) 262-8595 | Primary: Melissa.torres@akerman.com |
| | Secondary: caren.collier@akerman.com |
| **Attorney for Plaintiff, Perry S. Anderson** | **Akerman LLP** |
| | SunTrust Financial Center, Suite 1700 |

401 E. Jackson Street
Tampa, Florida 33602
Telephone: (813) 223-7333
Facsimile: (813) 223-2837

***Attorneys for Defendant, The School Board of Hillsborough County***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 16, 2021, a true and correct copy of the foregoing has been served via CM/ECF which will notify the following electronically: Erik De L'Etoile, Esq., edeletoile@rtrlaw.com, Reifkind, Thompson & Rudzinski, LLP at 707 N. Franklin St., 8th Floor, Tampa, Florida 33602.

      */s/ Zarra R. Elias*
      Attorney